| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| HYE JIN JANG (SBN 272463)<br>hjang@jhindslaw.com<br>HINDS & SHANKMAN, LLP<br>21515 Hawthorne Boulevard, Suite 1150<br>Torrance, CA  90503<br>Telephone: (310) 316-0500<br>Facsimile: (310) 792-5977<br><br>*Attorney for Plaintiff* Attorneys for Plaintiff Audrey Guss | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: ERNESTO VARGAS and KATHERINE VARGAS,<br><br>                                                                                          Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:11-bk-19129-TD<br><br>ADVERSARY NUMBER 11-2197 |
|---|---|
| AUDREY GUSS, an individual,<br>                                                                   Plaintiff(s),<br>vs.<br>See attached sheet<br>                                                                   Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ____6-20-11____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 7-14-11    Time: 11:00am    Courtroom: 1345    Floor: 13th |
|---|
| ☒ 255 East Temple Street, Los Angeles         ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ____5-20-11____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
       Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                                    F 7004-1

ERNESTO VARGAS, an individual; KATHERINE VARGAS, an individual; d.b.a. EL GUIA FINANCIAL, a California corporation; CERV NICHE SYSTEMS, LLC, a California limited liability company; d.b.a SUNDANCE ESTATE PROPERTIES, a business entity, form unknown,

| In re:<br>ERNESTO VARGAS AND KATHERINE VARGAS<br><div align="right">Debtor(s).</div> | CASE NO.   2:11-BK-19129-TD<br>ADVS. NO.   2:11-ap-02197-TD |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP, ATTORNEYS AND COUNSELORS, 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503. The foregoing document described as: SUMMONS AND NOTICE OF STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 24, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA):     ustpregion16.la.ecf@usdoj.gov
Timothy Yoo (TR): tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 24, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2011     Rodaba S. Farid | /s/ RODABA S. FARID |
|---|---|
| Date                  Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9013-3.1**

| In re:<br>ERNESTO VARGAS AND KATHERINE VARGAS<br>Debtor(s). | CASE NO. 2:11-BK-19129-TD<br>ADVS. NO. 2:11-ap-02197-TD |
|---|---|

**Served Via Federal Express:**

The Honorable Thomas B. Donovan
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

**Served Via U.S. Mail:**

Ernesto Vargas
524 N. Ave. 67
Los Angeles, CA 90042

Katherine Vargas
524 N. Ave. 67
Los Angeles, CA 90042

El Guia Financial
115 West California Blvd., Suite 267
Pasadena, CA 91105

Cerv Niche Systems, LLC
115 West California Blvd., Suite 267
Pasadena, CA 91105

Sundance Estate Properties
115 West California Blvd., Suite 267
Pasadena, CA 91105

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**